UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GAINES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LANGURAND,<br><br>　　　　Defendant. | No. 2:21-cv-00808-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT IN PART<br><br>(Doc. Nos. 37, 44) |

Plaintiff Jennifer Gaines is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 28, 2025, the assigned magistrate judge issued findings and recommendations recommending that Defendant's motion to dismiss Plaintiff's second amended complaint ("SAC") be granted in part.[1] (Doc. No. 44.) The magistrate judge recommended that Plaintiff's claims against Defendant Langurand be dismissed because Defendant Langurand passed away on December 14, 2023, and therefore, cannot litigate or be sued. (*Id.* at 2–3.) The magistrate judge further recommended that Plaintiff be provided an opportunity to submit an amended complaint

---

[1] The magistrate judge recommended a partial grant insofar as Defendant's motion to dismiss requested dismissal of Plaintiff's SAC without leave to amend. (Doc. No. 44 at 4 n.3.)

1  against Defendant Langurand's successor or representative. (*Id.* at 3.) Finally, the magistrate
2  judge recommended that Plaintiff's claims against supervisory defendants in the SAC be
3  dismissed with leave to amend because Plaintiff failed to allege the supervisory defendants'
4  specific personal involvement in the violation of Plaintiff's rights. (*Id.* at 3–4.)

5      The pending findings and recommendations were served upon Plaintiff and contained
6  notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at
7  5.) To date, Plaintiff has not filed any objections and the time in which to do so has passed.

8      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
9  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
10 pending findings and recommendations are supported by the record and proper analysis.

11     Accordingly:
12     1.    The findings and recommendations issued on April 28, 2025 (Doc. No. 44) are
13         ADOPTED in full;
14     2.    Defendants' motion to dismiss (Doc. No. 37) is GRANTED IN PART, as stated in
15         this order;
16     3.    Plaintiff's SAC (Doc. No. 33) is DISMISSED with leave to amend; and
17     4.    This action is referred back to the assigned magistrate judge for further
18         proceedings.

IT IS SO ORDERED.

Dated: **July 17, 2025**

Dena Coggins
United States District Judge

2